```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                       Case No. 18-15396-jkf
Eleanor G. Flanagan                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1              Date Rcvd: Sep 04, 2018
                               Form ID: pdf900            Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db             +Eleanor G. Flanagan,    343 Hanby Circle,    Boothwyn, PA 19061-2319
14181828        Mr. Cooper,    P.O. Box 650783,    Dallas TX 75265-0783
14181830        Verizon,    P.O. Box,   Albany NY 12212-5124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 05 2018 02:13:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 02:13:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2018 02:13:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14181829        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 05 2018 02:12:57      Kohl's Payment Center,
                 P.O. Box 2983,   Milwaukee WI 53201-2983
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                : Chapter 13

                                     :

Eleanor G. Flanagan

                                     :

Debtor                               : Bankruptcy No. 18-15396

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 08/15/2018, this case is hereby DISMISSED.

**Date: September 4, 2018**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc